```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PHOTON INFOTECH INC.,                                       :
                                                            :
                              Plaintiff,                    :
                                                            :        21-cv-7573 (VSB)
               -against-                                    :
                                                            :           ORDER
GALAXY I TECHNOLOGIES, INC.,                                :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  On September 24, 2021, the Court ordered the parties to submit a joint status letter, along with a proposed case management plan and scheduling plan, by October 6, 2021 (Doc. 6).  The parties have not done so.  IT IS HEREBY ORDERED that the parties submit their joint letter and case management plan by November 19, 2021.  If parties fail to do so, or the Plaintiff otherwise fails to demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 16, 2021
    New York, New York

                 _____
                 VERNON S. BRODERICK
                 United States District Judge